The Yabucoa Sugar Co., peticionaria, *v.* La Corte de Distrito de San Juan, Hon. D. Sepúlveda, Juez, demandada.

No. 721.—*Sometido:* Junio 16, 1930. *Resuelto:* Febrero 19, 1931.

*Henry G. Molina,* abogado de la peticionaria; *Hon. Procurador General James R. Beverley* y *A. Ortiz Toro, Primer Procurador General Auxiliar,* abogados de *El Pueblo.*

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

Teniendo una seria duda respecto a si en una acción sobre devolución de contribuciones pagadas bajo protesta procedería una contrademanda, expedimos el presente auto de *certiorari.*

En la petición original, así como en el memorándum radicado en apoyo de la misma, la peticionaria se funda principalmente en la disposición de ley que provee que las decisiones de la Junta de Revisión e Igualamiento sean finales. Que el Tesorero mismo no está obligado por la decisión de dicha junta, es el tenor de las secciones 41, 42 y 43 de la Ley

No. 43 de 1921, Leyes de ese año, página 347, así como de la opinión y sentencia de este tribunal en el caso de *Sucrs. de L. Villamil & Co.* v. *Gallardo,* 41 D.P.R. 362.

No hallamos que dichas secciones fueran derogadas por la Ley No. 74 de 1925, Leyes de ese año, página 401. Las derogaciones constan en la página 549, y hasta donde podemos entender los incisos (*a*) y (*b*) de la sección 87 de la referida ley, la No. 43 continuó en vigor en tanto en cuanto se refiere a la cuestión aquí envuelta, y ésta parece ser la idea de la peticionaria conforme expresa en el párrafo 8, subdivisión D, de la petición de *certiorari.* De todos modos, la petición no nos convence de que dicha ley anterior no esté aún en vigor.

■ Por tanto, la única cuestión que restaba por investigar era si el Tesorero podía radicar una contrademanda en este pleito sobre devolución de contribuciones. Hemos abrigado considerables dudas respecto al asunto, pero no creemos aconsejable resolverlas sin una presentación más amplia. Lo que deseamos recalcar es que la peticionaria no ha hecho una verdadera discusión, y el Procurador General no radicó alegato alguno.

*Debe anularse el auto expedido.*